UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

**-CR-    (   )(   )**

Dumar Kindle

Defendant(s).

------------------------------------------------------------------X

Defendant _____ **Dumar Kindle**_____ hereby voluntarily consents to participate in the following proceeding via _XX_ videoconferencing or _XX_ teleconferencing:

_XX_    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer


_*Dumar Kindle* by Bruce D. Koffsky_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___/s/ *Bruce D. Koffsky*_____
Defendant's Counsel's Signature

__Dumar Kindle_____
Print Defendant's Name

___Bruce D. Koffsky_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

  2/18/2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge